# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

BILLY J. TOOMBS,                                           :
                                                          :
        Plaintiff,                                :
                                                          :
  vs.                                                   :    CIVIL ACTION NO.: CV508-082
                                                          :
WARE COUNTY, GEORGIA; RONNIE                               :
H. McQUAIG, in his individual and                         :
official capacity as Sheriff for Ware                     :
County, and UNNAMED DEPUTIES                              :
and UNNAMED JAILORS, in their                             :
individual and official capacities as                     :
Deputies or Jailors for the Ware                          :
County Sheriff,                                           :
                                                          :
        Defendants.                               :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **dismissed**.

**SO ORDERED**, this 29 day of _____, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE