IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BILLY J. TOOMBS,

    Plaintiff,

vs.

WARE COUNTY, GEORGIA;
RONNIE H. McQUAIG, in his
individual and official capacity as
Sheriff for Ware County; RALPH
PITTMAN, JEFFERSON DANIELS,
and CHRISTOPHER MARTIN
in their individual and official
capacities as Jailors for Ware
County,

    Defendants.

CIVIL ACTION NO.: CV508-082

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendants Ware County, Ronnie H. McQuaig, Ralph Pittman, and Christopher Martin is **GRANTED**. Additionally, Plaintiff's claims brought under the Code of Georgia and under the Georgia Constitution are **dismissed**.

**SO ORDERED**, this 18 day of August, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)