IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BILLY J. TOOMBS,

    Plaintiff,

vs.                                                       CIVIL ACTION NO.: CV508-082

WARE COUNTY, GEORGIA;
RONNIE H. McQUAIG, in his
individual and official capacity as
Sheriff for Ware County; RALPH
PITTMAN, JEFFERSON DANIELS,
and CHRISTOPHER MARTIN
in their individual and official
capacities as Jailors for Ware
County,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendant Jefferson Daniels is **GRANTED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 24 day of August, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)